FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>Brandon Lamar Dancy<br>   Defendant. | Case No.: 08CR 114- VBF<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND
• UNKNOWN BAIL RESOURCES
• HISTORY OF FAILURE TO COMPLY WITH COURT ORDERS
• SUBMISSION TO DETENTION

```
 1  and/or
 2  B.    ( )     The defendant has not met his/her burden of establishing by clear and
 3                convincing evidence that he/she is not likely to pose a danger to the
 4                safety of any other person or the community if released under 18
 5                U.S.C. § 3142(b) or (c).  This finding is based on the following:
 6                _____
 7                _____
 8                _____
 9                _____
10
11
12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.
14
15  Dated:  7/21/14
16                                              HONORABLE DAVID T. BRISTOW
                                                United States Magistrate Judge
```

2